**In Re: GRAND JURY SUBPOENA.**

**United States of America,
Respondent–Appellee,**

v.

**Under Seal; Under Seal, Movants–
Appellants.**

**No. 08–4468.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 24, 2008.

Under Seal, Appellants Pro Se. Matthew J. Hoefling, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants appeal a district court order denying their petition. We have reviewed the record and the district court's order and affirm. Insofar as Appellants seek relief from their convictions, the proper avenue is to file an appeal from their judgments of convictions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*